914

No. 5. Konigsberg v. State Bar of California et al. Certiorari, 351 U. S. 936, to the Supreme Court of California. The motions for leave to file briefs of the National Lawyers Guild and the American Civil Liberties Union, Southern California Branch, as amici curiae, are granted. Osmond K. Fraenkel for the National Lawyers Guild. A. L. Wirin for the American Civil Liberties Union, Southern California Branch.

No. 408. Pan-Atlantic Steamship Corp. v. Atlantic Coast Line Railroad Co. et al.; and

No. 424. Interstate Commerce Commission v. Atlantic Coast Line Railroad Co. et al. Appeals from the United States District Court for the District of Massachusetts. Probable jurisdiction noted. David G. Macdonald, Russell S. Bernhard and Warren Price, Jr. for appellant in No. 408. Robert W. Ginnane and James A. Murray for appellant in No. 424.

No. 213, Misc. Lambert v. California. Appeal from the Appellate Department of the Superior Court of California, Los Angeles County. Motion for leave to proceed in forma pauperis granted. Probable jurisdiction noted. Appellant pro se. Roger Arnebergh and Philip E. Grey for appellee.

No. 445. Lake Tankers Corp. v. Henn, Administratrix. C. A. 2d Cir. Certiorari granted. Eugene Underwood for petitioner. Frank C. Mason for respondent.